No. 1071. KONIGSBERG v. CICCONE, MEDICAL CENTER DIRECTOR, ET AL. C. A. 8th Cir. Certiorari denied. *Frederick Bernays Wiener* and *Frank A. Lopez* for petitioner. *Solicitor General Griswold* for respondents.

No. 1085. COLUMBIA BROADCASTING SYSTEM, INC. v. POOS, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 7th Cir. Certiorari denied. *Don H. Reuben* and *Lawrence Gunnels* for petitioner. *J. F. Schlafly* for respondent.

No. 1091. AVERN TRUST ET AL. v. CLARKE ET AL. C. A. 7th Cir. Certiorari denied. *Robert A. Sprecher* for petitioners. *John H. Bishop* for respondents.

No. 1102. YEARGIN v. HAMILTON MEMORIAL HOSPITAL ET AL. Sup. Ct. Ga. Certiorari denied. *Hugh G. Head, Jr.,* and *H. Garland Head III* for petitioner. *Lemuel Hugh Kemp* for respondents.

No. 1116. E. M. WHITTENTON, INC., ET AL. v. NEIGHBORS ET AL. Sup. Ct. Fla. Certiorari denied. *Monterey Campbell III* for petitioners. *Al. J. Cone* for respondents.

No. 1131. CHAMBERS v. ROAD DISTRICT No. 505 OF TANGIPAHOA PARISH, LOUISIANA, ET AL. Sup. Ct. La. Certiorari denied. *Allen B. Pierson, Jr.,* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Leonard E. Yokum,* and *Fred G. Benton, Sr.,* for respondents. *Bertrand DeBlanc* and *E. E. Huppenbauer, Jr.,* for Acadia Parish School Board as *amicus curiae.*